```
1   BENJAMIN B. WAGNER
    United States Attorney
2   HENRY Z. CARBAJAL III
    Assistant U.S. Attorneys
3   2500 Tulare Street, Suite 4401
    Fresno, California 93721
4   Telephone: (559) 497-4000
    Facsimile: (559) 497-4099
5
    Attorneys for the
6   United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO.: 1:12-cr-00127-AWI-DLB |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND PROTECTIVE ORDER BETWEEN THE UNITED STATES AND DEFENDANT** |
| CATARINO GERARDO SALDANA MOLINA,[1] | ) |
| Defendant. | ) |

WHEREAS, the discovery in this case is voluminous and contains a large amount of personal and confidential information including but not limited to Social Security numbers, dates of birth, telephone numbers, and residential addresses ("Protected Information"); and

WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

---

[1] The defendant was indicted under the name Antonio Rodriguez Guido and the government objects to any finding or reference to the defendant's true name as Catarino Gerardo Saldana Molina.

The parties agree that entry of a stipulated protective order is appropriate.

THEREFORE, Defendant, by and through his counsel of record ("Defense Counsel"), and the United States of America, by and through Assistant United States Attorney Henry Z. Carbajal III, hereby agree and stipulate as follows:

1. This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel attorneys, designated defense investigators, and support staff. Defense Counsel may permit the Defendant to view unredacted documents in the presence of his attorney, defense investigators, and support staff. The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the Defendant to copy Protected Information contained in the discovery. The parties agree that Defense Counsel, defense investigators, and support staff may provide the Defendant with copies of documents from which Protected Information has been redacted.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States of America ("Government"). Defense Counsel will return the discovery to the Government or certify that it has been shredded at the

conclusion of the case.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising his Defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

7. In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

IT IS SO STIPULATED.

DATED: June 28, 2012         BENJAMIN B. WAGNER
                             United States Attorney

                        By:  /s/Henry Z. Carbajal III
                             HENRY Z. CARBAJAL III
                             Assistant U.S. Attorney

DATED: June 28, 2012    By:  /s/Peggy Sasso
                             PEGGY SASSO
                             Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

Dated:    June 28, 2012      _____
                             CHIEF UNITED STATES DISTRICT JUDGE