1  BENJAMIN B. WAGNER
   United States Attorney
2  HENRY Z. CARBAJAL III
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for the
   United States of America

7

8                IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      ) CASE NO. 1:12-CR-00127 AWI-DLB
                                  )
12              Plaintiff,        )
                                  ) STIPULATION FOR BRIEFING
   v.                             ) SCHEDULE ON MOTION FOR
13                                ) DISCOVERY;
                                  ) ORDER THEREON
14 CATARINO GERARDO SALDANA       )
   MOLINA,[1]                     ) Date: August 27, 2012
15                                ) Time: 1:00 p.m.
                Defendant.        ) Dept: Hon. Dennis L. Beck
16                                )

17

18    IT IS HEREBY STIPULATED by and between the parties hereto, and

19 through their respective attorneys of record herein, that the

20 opposition and reply briefing schedule for the defendant's Motion for

21 Discovery (Dkt. No. 12), filed on June 25, 2012 and noticed for

22 hearing on August 27, 2012 in the above-referenced action is set as

23 follows:

24    Opposition to the Motion for Discovery, if any, shall be filed

25 and served **on or before July 23, 2012**;

26    A Reply to the Opposition to the Motion for Discovery, if any,

27 shall be filed **on or before August 6, 2012**;

28

---

[1]The defendant was indicted under the name Antonio Rodriguez Guido and the government objects to any finding or reference to the defendant's true name as Catarino Gerardo Saldana Molina.

A hearing on the Motion for Discovery shall be held on **August 27, 2012, at 1:00 p.m.**

The parties agree that a four-week response time period, and a two-week reply time period, are needed to address the detailed requests for additional discovery made in the defendant's Motion for Discovery.

The parties agree that the time between June 25, 2012, when the Motion for Discovery was filed, and the motion hearing date of August 27, 2012 is excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(D).

| | |
|---|---|
| Dated: June 28, 2012 | /s/Peggy Sasso<br>PEGGY SASSO<br>Attorney for Defendant |
| Dated: June 28, 2012 | BENJAMIN B. WAGNER<br>United States Attorney |
| | By: /s/Henry Z. Carbajal III<br>HENRY Z. CARBAJAL III<br>Assistant U.S. Attorney |

IT IS SO ORDERED. Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(D).

IT IS SO ORDERED.

Dated:   **June 28, 2012**                **/s/ Dennis L. Beck**
                                           UNITED STATES MAGISTRATE JUDGE